**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING REHEARING AND EN BANC RECONSIDERATION

Appellate case name:      Zurich American Insurance Company, as Subrogee of Tenaris Global Services (U.S.A.) Corporation v. Coastal Cargo of Texas, Inc.

Appellate case number:   01-18-01107-CV

Trial court case number:  2015-48186

Trial court:             151st District Court of Harris County

      Coastal Cargo of Texas, Inc. has filed a Motion for Rehearing and/or En Banc Reconsideration. The panel has unanimously voted against rehearing and the en banc court has unanimously voted against reconsideration. Coastal Cargo of Texas, Inc.'s Motion for Rehearing and/or En Banc Reconsideration therefore is **denied**.

Justice's signature:   <u>/s/ Gordon Goodman</u>
                     Acting for the Court

Panel Consists of: Justices Lloyd, Goodman, and Landau.

En Banc Court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss

Date:  <u>March 17, 2020</u>